JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| C. M. KLOBNOCK, | Case No. 2:07-cv-04817-FMC-RCx |
| Plaintiff, | |
| vs. | JUDGMENT |
| SONY MUSIC HOLDING INC., <br> CSC -- Lawyers Incorporating Service <br> PO Box 526036 <br> Sacramento CA 95852 | |
| Defendants. | |

1

**JUDGMENT**

2

3        The Court having granted on January 8, 2008 defendant Sony Music Holding, Inc.'s Motion to Dismiss and having provided plaintiff C. M. Klobnock 30 days leave to file and serve an amended pleading, and plaintiff having failed to file an amended pleading,

8        **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits and that defendant Sony Music Holding, Inc. recover its costs.

14  Dated:  2/21/08                    The Honorable Florence-Marie Cooper
                                                       United States District Judge

17  Presented By:

19  Peter J. Anderson, Esq., SBN 088891
E-mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard
Suite 2010
Santa Monica, CA 90401

Tel: (310) 260-6030
Fax: (310) 260-6040

Attorneys for Defendant
SONY MUSIC HOLDING INC.